UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 17, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>          Plaintiff,                          )<br>v.                                                      )<br>                                                          )<br>ANTONIO PANIAGUA ROSALES, )<br>                                                          )<br>          Defendant.                       ) | Case No. 2:13CR00341-JAM-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTONIO PANIAGUA ROSALES , Case No.  2:13CR00341-JAM-2 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $

        ✔  Unsecured Appearance Bond $50,000.00

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)       Pretrial conditions as stated on the record.

The defendant is to be released on Thursday, February 18, 2016 at 9:00 a.m. to the Pretrial Services Officer

Issued at  Sacramento, CA  on  February 17, 2016  at  2:48 pm .

                                                       By   /s/ Allison Claire/s/ Allison Claire
                                                               Allison Claire
                                                               United States Magistrate Judge

Copy 2 - Court