Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ANTONIO PANIAGUA ROSALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ANTONIO PANIAGUA ROSALES,<br>                Defendants, | CASE NO. 13-00341 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 4/12/16 |

**STIPULATION**

Plaintiff United States of America, by and through their respective Counsel, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 1, 2016.

2. By this stipulation, defendant now moves to continue the status conference until April 12, 2016, and to exclude time between March 1, 2016, and April 12, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Government is in the process of preparing to distribute discovery to Defense Counsel. Counsel for defendant requires time to consult with the client, review discovery, conduct investigation, and to otherwise prepare for trial.

    b) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

      c)      The government does not object to the continuance.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2016, to April 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 29, 2016                    BENJAMIN B. WAGNER
                                               United States Attorney

                                               /s/ Jason Hitt
                                               JASON HITT
                                               Assistant United States Attorney

Dated:  February 29, 20146                  /s/   Dina L. Santos
                                             DINA SANTOS, ESQ.
                                             Attorney for Antonio Paniagua Rosales

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of February, 2016

      /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE