Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ANTONIO PANIAGUA ROSALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO PANIAGUA ROSALES,<br>　　　　　Defendant | CASE NO. CR-S 13-0341 JAM<br><br>STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, AUSA Timothy Delgado, and Defendant Antonio Paniagua Rosales, represented by Attorney Dina L. Santos, hereby stipulate as follows:

　　　The Pretrial condition number 14 requiring a curfew, be modified to read as follows: "You shall remain inside your residence every day from 10:00 p.m to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, court ordered obligations, or extenuating family emergencies. The reason for the request is that Mr. Rosales's mother is terminally ill

Stip. & [Proposed] Order - Pretrial　　　　　1

and Mr. Rosales would like to spend time with her in the evening after work.  The United States Pre-trial Services office has no opposition to this request.

IT IS SO STIPULATED.

Dated:  April 28, 2016         /s/ Timothy Deglado
                               TIMOTHY DELGADO
                               Assistant United States Attorney

Dated:  April 28, 2016         /s/  Dina L. Santos
                               DINA SANTOS, ESQ.
                               Attorney for Antonio Paniagua Rosales

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2016

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

Stip. & [Proposed] Order - Pretrial                2