Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ANTONIO PANIAGUA ROSALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO PANIAGUA ROSALES,<br>　　　　　　　Defendant, | CASE NO. 13CR00341 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 10/18/16 |

**STIPULATION**

Plaintiff United States of America, by and through their respective Counsel, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 23, 2016.

2. By this stipulation, defendant now moves to continue the status conference until October 18, 2016 at 9:15 a.m., and to exclude time between August 23, 2016, and October 18, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The Government has distributed discovery to Defense Counsel. Counsel for defendant requires time to review the discovery, consult with the client, continue ongoing investigation that is necessary to prepare the Defendant's defense, and to otherwise prepare for trial.

　　b) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

Stip. & [Proposed] Order Continuing Status Conf. &　　　1
Excluding Time Periods Under Speedy Trial Act

account the exercise of due diligence.

   c)  The government does not object to the continuance.

   d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 23, 2016, to October 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 18, 2016         BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ Timothy Delgado
                    TIMOTHY DELGADO
                    Assistant United States Attorney

Dated: August 18, 2016         /s/   Dina L. Santos
                    DINA SANTOS, ESQ.
                    Attorney for Antonio Paniagua Rosales

**ORDER**

IT IS SO FOUND AND ORDERED this 19th day of August, 2016

/s/ John A. Mendez

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE