Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ANTONIO PANIAGUA ROSALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTONIO PANIAGUA ROSALES,<br>　　　　　　　　Defendant | CASE NO. CR-S 13-0341 JAM<br><br>STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, AUSA Timothy Delgado, and Defendant Antonio Paniagua Rosales, represented by Attorney Dina L. Santos, hereby stipulate as follows:

　　　The Pretrial condition number 14 requiring a curfew be modified to read as follows: "You shall remain inside your residence every day from 10:00 p.m to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, court ordered obligations, or extenuating family emergencies. The reason for the request is that Mr. Rosales's job requires him to

Stip. & [Proposed] Order - Pretrial　　　　　　　　1

leave his home by 5 a.m.

IT IS SO STIPULATED.

Dated:  September 12, 2016               /s/ Timothy Deglado
                                         TIMOTHY DELGADO
                                         Assistant United States Attorney


Dated:  September 12, 2016               /s/   Dina L. Santos
                                         DINA SANTOS, ESQ.
                                         Attorney for Antonio Paniagua Rosales


**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  September 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. & [Proposed] Order - Pretrial           2