Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
ANTONIO PANIAGUA ROSALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO PANIAGUA ROSALES,<br>　　　　　　　Defendant | CASE NO. 13-0341 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 12/13/16 AT 9:15 A.M. |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, AUSA Timothy Delgado, and Defendant Antonio Paniagua Rosales, represented by Attorney Dina Santos, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on October 18, 2016.

　　2.　　By this stipulation, Defendant now moves to continue the status conference until December 13, 2016, and to exclude time between October 18, 2016, and December 13, 2016, under Local Code T4. Plaintiff does not oppose this request.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　Counsel for Defendant desire additional time to continue to review discovery, conduct investigation, engage in negotiations, and to otherwise prepare for trial. There are specific items of discovery that have been requested and the Government is in the process of acquiring those items. Counsel for Defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

account the exercise of due diligence.

      b)    The government does not object to the continuance.

      c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2016 to December 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 11, 2016                  PHILLIP A. TALBERT
                                                   United States Attorney

                                                 /s/ Timothy Delgado
                                                 TIMOTHY DELGADO
                                                 Assistant United States Attorney

Dated:  October 11, 2016                  /s/   Dina L. Santos
                                                 DINA L. SANTOS, ESQ.
                                                 Attorney for ANTONIO PANIAGUA ROSALES

## ORDER

IT IS SO FOUND AND ORDERED this 11 day of October, 2016

       /s/ John A. Mendez
      HON. JOHN A. MENDEZ
      UNITED STATES DISTRICT JUDGE