1    Dina L. Santos, SBN 204200
     A Professional Law Corporation
2    455 Capitol Mall, Suite 802
     Sacramento, CA 95814
3    Telephone:  (916) 447-0160
     Email:  defense@dinasantos.com
4

5    Attorney for:
     ANTONIO PANIAGUA ROSALES
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              CASE NO.  13-0341 JAM

11                         Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
12            v.                            FINDINGS AND ORDER TO CONTINUE CASE
                                            TO 3/7/17 AT 9:15 A.M.
13   ANTONIO PANIAGUA ROSALES,
                          Defendant
14

15                               **STIPULATION**

16        Plaintiff United States of America, by and through its counsel of record, AUSA Timothy

17   Delgado, and Defendant Antonio Paniagua Rosales, represented by Attorney Dina Santos, hereby

18   stipulate as follows:

19        1.      By previous order, this matter was set for status on February 7, 2017.

20        2.      By this stipulation, Defendant now moves to continue the status conference until March

21   7, 2017 at 9:15 a.m., and to exclude time between February 7, 2017 and March 7, 2017, under Local

22   Code T4.  Plaintiff does not oppose this request.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24        a)      Counsel for Defendant desire additional time to continue to review discovery,

25   conduct investigation, engage in negotiations, and to otherwise prepare for trial.  Defense

26   Counsel requires time to review a draft plea agreement with Mr. Paniagua-Rosales and have a

27   certified federal interpreter read the agreement to Mr. Paniagua-Rosales.  Counsel for Defendant

28   believe that failure to grant the above-requested continuance would deny them the reasonable

Stip. & [Proposed] Order Continuing Status Conf. &          1
Excluding Time Periods Under Speedy Trial Act

1    time necessary for effective preparation, taking into account the exercise of due diligence.

2          b)      The government does not object to the continuance.

3          c)      Based on the above-stated findings, the ends of justice served by continuing the

4    case as requested outweigh the interest of the public and the defendant in a trial within the

5    original date prescribed by the Speedy Trial Act.

6          d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

7    et seq., within which trial must commence, the time period of February 7, 2017 to March 7,

8    2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

9    T4] because it results from a continuance granted by the Court at defendants request on the basis

10   of the Court's finding that the ends of justice served by taking such action outweigh the best

11   interest of the public and the defendants in a speedy trial.

12         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

13   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

14   must commence.

15         IT IS SO STIPULATED.

16   Dated:  February 3, 2017                    PHILLIP A. TALBERT
                                                 United States Attorney
17
                                                  /s/ Timothy Delgado
18                                               TIMOTHY DELGADO
                                                 Assistant United States Attorney
19

20   Dated:  February 3, 2017                    /s/   Dina L. Santos
                                                 DINA L. SANTOS, ESQ.
21                                               Attorney for ANTONIO PANIAGUA ROSALES

22

23                                    **ORDER**

24         IT IS SO FOUND AND ORDERED this 3rd day of February, 2017

25                                               /s/ John A. Mendez

26
                                                 _____
27                                               HON. JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE
28